SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Derek Ngo, et al,<br><br>　　　　Defendants | Case No.: CIV.S 09-cv-00526-JAM-KJM<br><br>**STIPULATED DISMISSAL OF DEFENDANTS DEREK NGO; SALIM HASSANZADEH; BOOSTANI KHALIL; THOMAS T. HSU; JI EUN HSU AND ORDER**<br><br>Complaint Filed: FEBRUARY 24, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants, Derek Ngo; Salim Hassanzadeh; Boostani Khalil; Thomas T. Hsu; Ji Eun Hsu, that Defendants (Derek Ngo; Salim Hassanzadeh; Boostani Khalil; Thomas T. Hsu; Ji Eun Hsu) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | DISABLED ACCESS PREVENTS INJURY, INC. |
| Dated: November 18, 2010 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: December 10, 2010 | /s/Derek Ngo<br>DEREK NGO<br>Defendant In Pro Per |
| Dated: December 10, 2010 | /s/Salim Hassanzadeh<br>SALIM HASSANZADEH<br>Defendant In Pro Per |
| Dated: December 10, 2010 | /s/Boostani Khalil<br>BOOSTANI KHALIL<br>Defendant In Pro Per |
| Dated: November 30, 2010 | /s/Thomas T. Hsu<br>THOMAS T. HSU<br>Defendant In Pro Per |
| Dated: November 30, 2010 | /s/Ji Eun Hsu<br>JI EUN HSU<br>Defendant In Pro Per |

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED** that Defendants, Derek Ngo; Salim Hassanzadeh; Boostani Khalil;
2  Thomas T. Hsu; Ji Eun Hsu, are hereby dismissed WITH PREJUDICE pursuant to FRCP 41
3  (a)(2).  This case is to remain open with remaining Defendants.
4
5
6  Dated:  12/14/2010                            /s/ John A. Mendez
                                                 U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com